| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WOODRUFF, SPRADLIN & SMART, APC<br>CAROLINE A. BYRNE – State Bar No. 196541<br>cbyrne@wss-law.com<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, California 92626-7670<br>Telephone: (714) 558-7000<br>Facsimile: (714) 835-7787<br><br>Attorneys for Defendants CITY OF TUSTIN, CITY OF TUSTIN erroneously sued as CITY OF TUSTIN POLICE DEPARTMENT and TUSTIN POLICE OFFICER STROUD |

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TUSTIN; CITY OF TUSTIN POLICE DEPARTMENT; TUSTIN POLICE OFFICER STROUD; and DOES 1 through 25,<br><br>    Defendants. | CASE NO: SACV14-01630 JVS (GJSx)<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br><br>**JUDGMENT**<br><br>Type:      Pre-Trial Conference<br>Date:      January 4, 2016<br>Time:      11:00 a.m.<br>Courtroom: 10C<br><br>Type:      Trial<br>Date:      January 19, 2016<br>Time:      8:30 a.m.<br>Courtroom: 10C |

The Court having granted the motion for summary judgment of Defendants CITY OF TUSTIN, the CITY OF TUSTIN POLICE DEPARTMENT, and TUSTIN POLICE OFFICER BRIAN STROUD as to the second and fourth counts of the operative complaint, and Plaintiff MICHAEL BAILEY having agreed in his opposition to that motion to the dismissal of the first and third counts of the operative complaint, and no other claims remaining,

IT IS ORDERED AND ADJUDGED that Plaintiff MICHAEL BAILEY take nothing by way of his complaint, that judgment be entered in favor of Defendants

1

1  CITY OF TUSTIN, the CITY OF TUSTIN POLICE DEPARTMENT, and TUSTIN
2  POLICE OFFICER BRIAN STROUD, and that said Defendants recover their costs.
3
4
5
6  DATED:  December 01, 2015
7  _____
   HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART, a Professional Corporation, in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, California 92626-7670.

On November 17, 2015 I served the foregoing document(s) described as **[PROPOSED] JUDGMENT**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on November 17, 2015 at Costa Mesa, California.

s/ Marina M. Ortega
MARINA M. ORTEGA

1126213.1

1

**MICHAEL BAILEY v. CITY OF TUSTIN, et al.**

**BEFORE THE HONORABLE JAMES V. SELNA
COURTROOM 10C**

**USDC, CENTRAL DISTRICT OF CALIFORNIA
CASE NO.  SACV14-01630 JVS (GJSx)**

**SERVICE LIST**

| | |
|---|---|
| Joel W. Baruch, Esq.<br>Corey A. Hall, Esq.<br>Law Offices of Joel W. Baruch, PC<br>2020 Main Street, Suite 900<br>Irvine, CA 92614<br>Telephone:  (949) 864-9662<br>Facsimile:  (949) 851-3185 | Attorneys for Plaintiff<br>**MICHAEL BAILEY** |

10/29/14

1126213.1

2